Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
John Du Wors, State Bar No. 233913
john@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:   (206) 274-2800
Facsimile:   (206) 274-2801

Attorneys for Plaintiff
ESSOCIATE, INC.

Aidan W. Butler, State Bar No. 208399
tocontactaidan@gmail.com
3550 Wilshire Boulevard, Suite 1924
Los Angeles, CA 90010
Telephone:   (213) 388-5168
Facsimile:   (213) 388-5178

Attorney for Defendant
DIRECT ROI, L.L.C.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>BLUE WHALER INVESTMENT, LLC, et al.;<br><br>           Defendants. | Case No. CV10-2107 JVS (MLGx)<br>**Consolidated with**<br><br>**CV 10-06892-JVS(MLGx)****<br><br>Honorable James V. Selna<br>Courtroom 10C<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Assigned to Hon. James V. Selna<br>Courtroom C |

1

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR
DISMISSAL WITH PREJUDICE OF DEF. DIRECT ROI, L.L.C.**

1    Before the Court is the Joint Motion for Dismissal with Prejudice of
2 Plaintiff Essociate, Inc.'s claims against Defendant Direct ROI, L.L.C. The Court
3 being of the opinion that said motion should be GRANTED, it is hereby:
4    ORDERED, ADJUDGED AND DECREED that all claims asserted in the
5 above-captioned action by Plaintiff Essociate, Inc. against Defendant Direct ROI,
6 L.L.C. are hereby dismissed with prejudice.
7    It is furthered ORDERED that all costs, expenses and attorney fees are to be
8 borne by the party that incurred them.

9
10 Dated: July 30, 2012
            _____
11          The Honorable James V. Selna
            U.S. District Court Judge